IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
JUN - 6 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:18-cr-074 |
| | ) |
| JOHN GLENN WEED, | ) 18 U.S.C. § 641 |
| | ) Theft of Government Property |
| *Defendant.* | ) (Count 1) |
| | ) |

## INDICTMENT

June 2018 Term – At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Theft of Government Property)

Beginning at a time unknown to the grand jury, and continuing until on or about August 27, 2013, in the Eastern District of Virginia, the defendant, JOHN GLENN WEED, willfully and knowingly did steal and purloin: two (2) General Dynamics MTX, Version 1.4 transmitters; eight (8) General Dynamics, Trident Version 1.0 transmitters; one (1) Model PGITR transmitter; and one (1) General Dynamics, Model AATR radio, of a value exceeding $1,000, all of which being goods and property of the United States.

(In violation of Title 18, United States Code, Section 641)

A TRUE BILL: Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Brian R. Hood
Assistant United States Attorney