AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern __ District of __ Virginia

United States of America

v.

Case No. 3:18CR074 - UNDER SEAL

JOHN GLENN WEED

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOHN GLENN WEED

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Theft of Government Property in Violation of Title 18, United States Code, Section 641

Date: 06/06/2018

*Issuing officer's signature*

City and state: Richmond, Virginia

Robert L. Walker, Deputy Clerk

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6-6-18 , and the person was arrested on *(date)* 6-13-18 at *(city and state)* RICHMOND, VA . |
| Date: 6-13-18 |

*Arresting officer's signature*

J WHITEHEAD VIMS

*Printed name and title*