CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: YOUNG
REPORTER: FTR
DOCKET NO. 18cr74
DATE: 6/13/18

UNITED STATES OF AMERICA   COUNSEL

1. John Weed    1. James Tate

2. _____   2. _____

**APPEARANCES:** GOVERNMENT Brian Hood (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: 6/13/18   GOVT'S MOTION TO UNSEAL (✓)
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL (✓)
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND (✓) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) Govt not seeking detention

**CASE CONTINUED TO:** July 12, 2018 AT 1:30 P.M. FOR arraignment

CASE SET: 2:00   BEGAN: 2:05   ENDED: 2:11   TIME IN COURT: 06 mins

**OTHER PROCEEDINGS:** MOTIONS ARE TO BE FILED WITHIN ____ DAYS; RESPONSES DUE ___ DAYS THEREAFTER; ___DAYS FOR REPLY.

_____
_____
_____
_____
_____

**BOND CONDITIONS:**

- ✓ RESIDENCE/TRAVEL RESTRICTED TO EDVA
- ✓ PRETRIAL SUPERVISION
- ✓ NO DRUGS
- ✓ NO FIREARMS
- ✓ NO ALCOHOL ____ NO EXCESSIVE USE OF ALCOHOL
- ✓ MAINTAIN/SEEK EMPLOYMENT ____ SHOW PROOF OF INCOME
- ✓ AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC.
- ✓ SUBSTANCE ABUSE TESTING ____ TREATMENT ___ PAY COSTS AS DIRECTED
- ____ MENTAL HEALTH EVALUATION AND/OR TREATMENT ____ PAY COSTS
- ____ ELECTRONIC MONITORING ____ PAY COSTS
- ____ 3RD PARTY CUSTODIAN
- ✓ MAINTAIN CONTACT WITH ATTORNEY
- ✓ SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
- ____ IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
- ____ MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
- ____ CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____

_____
_____

_____
_____
_____
_____