FD-302 (Rev. 5-8-10)                           -1 of 1-



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/29/2014

(U) On August 27, 2014, Computer Scientist (CS) Jeremy A. D'Errico of the Federal Bureau of Investigation, Richmond Division, conducted the following analysis.

(U//FOUO) The DVD contained in 1A23 was reviewed to determine the date/time of the network captures and the amount of data transiting the network.

(U//FOUO) The DVD contained 4 files of recorded network traffic. Each file was reviewed using Wireshark to determine the start/end dates/times, and the amount of data in bytes.

    Filename:  09172012_71.32.115.229.pcap
    Date:  9/17/2012 7:50:15 am - 3:25:38 pm
    Data sent from 192.168.55.2 to 71.32.115.229:  18,249,286 bytes
    Data sent 71.32.115.229 to 192.168.55.2 IP:  116,116,970 bytes

    Filename:  09182012_71.32.115.229.pcap
    Date:  9/18/2012 6:42:57 am - 3:25:27 pm
    Data sent from 192.168.55.2 to 71.32.115.229:  15,668,518 bytes
    Data sent 71.32.115.229 to 192.168.55.2 IP:  167,565,691 bytes

    Filename:  09192012_71.32.115.229.pcap
    Date:  9/19/2012 6:09:19 am - 3:44:20 pm
    Data sent from 192.168.55.2 to 71.32.115.229:  14,902,941 bytes
    Data sent 71.32.115.229 to 192.168.55.2 IP:  222,676,277 bytes

    Filename:  09202012_71.32.115.229.pcap
    Date:  9/20/2012 5:48:49 am - 3:25:11 pm
    Data sent from 192.168.55.2 to 71.32.115.229:  17,762,831 bytes
    Data sent 71.32.115.229 to 192.168.55.2 IP:  267,440,499 bytes



**EXHIBIT**

**2**

tabbies'

UNCLASSIFIED//FOUO

Investigation on   08/27/2014   at   Richmond, Virginia, United States (, Other (Analysis))

File #   65F-RH-2792783, 62F-RH-C3660109                    Date drafted   08/27/2014

by   Jeremy A D'Errico

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.